IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------ :
LYNETTE M. PITTS, on behalf of herself : CASE NO.  1:08 CV 1621
and all others similarly situated, :
 :
Plaintiffs, :
 : ORDER ADOPTING REPORT AND
-vs- : RECOMMENDATION
 :
 :
GUARANTEE TRUST LIFEINSURANCE :
COMPANY, :
Defendant.
------------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This matter was referred to United States Magistrate Judge Greg White for a Report and Recommendation ("R&R") pursuant to Local Civil Rule 72.2(b)(2).  (Doc. 17).  In his R&R, Magistrate Judge White recommends denying as moot Defendant's Motion to Dismiss Count III of the original Complaint (Doc. 9).  The Plaintiff's timely Motion to Amend its Complaint *Instanter* (Doc. 21) cured the substance of the Defendant's dismissal challenge.  (Doc. 22).

No party has objected to the Magistrate Judge's R&R.  Therefore, this Court will presume the parties are satisfied with the determination.  Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human

Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir. 1981).

Accordingly, the Magistrate Judge's R&R is adopted and the Defendant's motion to dismiss is denied as moot.

IT IS SO ORDERED.

       /s/Lesley Wells
    UNITED STATES DISTRICT JUDGE